# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AKEEM MUHAMMAD,

    Plaintiff,

vs.                                        Case No. 4:05cv193-WS/WCS

JAMES V. CROSBY, et al.,

    Defendants.

_____/

## O R D E R

Plaintiff, a *pro se* inmate, has filed a motion to reconsideration the previously issued report and recommendation, doc. 5. Doc. 11. That report and recommendation was entered following review of Defendants' notice of removal, doc. 1, and a simultaneously filed motion to transfer venue, doc. 3. As noted by Plaintiff in the instant motion for reconsideration, the report and recommendation was entered without awaiting a response from Plaintiff. To more fully consider the issue of transfer, Plaintiff's motion for reconsideration, doc. 11, is granted and the report and recommendation, doc. 5, is vacated.

Accordingly, it is

**ORDERED:**

1. Plaintiff's motion for reconsideration, doc. 11, is **GRANTED**.

2. The report and recommendation issued on June 15, 2005, is **VACATED**.

   **DONE AND ORDERED** on July 21, 2005.


               s/    William C. Sherrill, Jr.

               **WILLIAM C. SHERRILL, JR.**
               **UNITED STATES MAGISTRATE JUDGE**