IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AKEEM MUHAMMAD,

       Plaintiff,

v.                                           4:05cv193-WS

JAMES V. CROSBY, et al.,

       Defendants.

_____

## ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed July 16, 2005. See Doc. 16. The magistrate judge recommends that this action be transferred to the Middle District of Florida. The plaintiff has notified the court that he has no objection to the report and recommendation. Doc. 20.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 16) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

DONE AND ORDERED this August 10, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:05cv193-WS