IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AKEEM MUHAMMAD,

    Plaintiff,

v.        4:05cv193-WS

JAMES V. CROSBY, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## FOURTH REPORT AND RECOMMENDATION

    Before the Court is the Magistrate Judge's fourth report and recommendation (doc. 84) docketed September 29, 2006. In that report and recommendation, the Magistrate Judge recommends that the motion to dismiss (doc. 75) filed by Defendants McDonough, Sapp, and Barber be denied. Defendants have not filed objections to the fourth report and recommendation.

    Upon review of the record, the Court has determined that the report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The Magistrate Judge's report and recommendation (doc. 84) is ADOPTED and incorporated by reference into this order.

    2. The motion to dismiss (doc. 75) filed by Defendants McDonough, Sapp, and Barber is DENIED.

    6. The case shall be returned to the Magistrate Judge for further proceedings.

DONE AND ORDERED this ___9th___ day of __November__, 2006.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE