IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AKEEM MUHAMMAD,

    Plaintiff,

v.   4:05cv193-WS

JAMES V. CROSBY, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (doc. 117) docketed January 11, 2007.  The Magistrate Judge recommends that Plaintiff's Motion for Leave to File Fourth Amended Complaint (doc. 107) and Third Motion for Preliminary Injunction (doc. 110) be denied.  Plaintiff has filed objections (doc. 123) to the Report and Recommendation.

Upon review of the record in light of Plaintiff's objections, the Court has determined that the report and recommendation should be adopted.  Accordingly, it is ORDERED:

    1.  The Magistrate Judge's Report and Recommendation (doc. 117) is ADOPTED and incorporated by reference into this order.

    2.  Plaintiff's Motion for Leave to File Fourth Amended Complaint (doc. 107) is DENIED.

3.  Plaintiff's Third Motion for Preliminary Injunction (doc. 110) is DENIED.

4. The case shall be returned to the Magistrate Judge for further proceedings.

DONE AND ORDERED this ___22nd___ day of __February__, 2007.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE