IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


AKEEM MUHAMMAD,

       Plaintiff,

v.                                                          4:05cv193-WS

JAMES V. CROSBY, et al.,

       Defendants.

_____

ORDER DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

    Before the court is the magistrate judge's report and recommendation (doc. 159) docketed June 26, 2007.  The magistrate judge recommends that the plaintiff's fourth motion for preliminary injunction (doc. 142) be denied.  The plaintiff has filed objections (doc. 166) to the report and recommendation.

    Upon review of the record in light of the plaintiff's objections, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's fourth motion for preliminary injunction (doc. 142) is DENIED.

3.  The clerk is directed to return the file to the magistrate judge for further proceedings.

DONE AND ORDERED this <u>  16th  </u> day of <u>  August  </u>, 2007.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE