UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AKEEM MUHAMMAD,

    Plaintiff,

v.                                        4:05cv193-WS

JAMES V. CROSBY, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

Before the court are the magistrate judge's reports and recommendations docketed February 29, 2008, and April 23, 2008. See Docs. 210, 221, 222. The magistrate judge recommends that the defendants' motion for summary judgment be granted in part and denied in part. The plaintiff has filed objections (doc. 212 & 225) to the reports and recommendations. The defendants have filed neither objections nor a response to the plaintiff's objections.

The court has reviewed the record in light of the plaintiff's objections and has determined that the magistrate judge's reports and recommendations should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's reports and recommendations (docs. 210, 221, 222) are ADOPTED and incorporated into this order by reference.

2. The defendants' motion for summary judgment (doc. 114) is DENIED with

respect to the plaintiff's (1) official capacity RLUIPA Halal diet claim against Secretary McNeil for declaratory relief, injunctive relief, and nominal damages; (2) First Amendment Halal diet claims against Secretary McNeil for declaratory and injunctive relief only; and (3) the official capacity RLUIPA gold crowns claim against Secretary McNeil for declaratory and injunctive relief only.

    3.  The defendants' motion for summary judgment (doc. 114) is otherwise GRANTED.

    4.  The plaintiff's motion to file a fourth amended complaint (doc. 214) is DENIED.

    5.  The clerk shall return the case to the magistrate judge for further proceedings.

    DONE AND ORDERED this <u>  29th  </u> day of <u>   May   </u>, 2008.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE